1 Yang & Wang, P.C.
Tommy SF Wang SBN: 272409
2 Leontyne Fan SBN: 285042
355 S. Grand Ave., Ste. #2450
3 Los Angeles, CA 90071
Telephone: (888) 827-8880
4 Fax: (888) 827-8880
5 Email: twang@yangwanglaw.com; awei@yangwanglaw.com

6
Attorneys for Plaintiff
7 JAT WHEELS, INC.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

11 JAT WHEELS, INC., a California ) **Case No.: 2:14−cv−05172−BRO−JEM**
Corporation d/b/a STR RACING, )
12              Plaintiff, ) **PLAINTIFF'S NOTICE OF**
) **VOLUNTARY DISMISSAL**
13        vs. ) **WITHOUT PREJUDICE**
) **PURSUANT TO FEDERAL RULE**
14 Trade Union International, Inc., a ) **OF CIVIL PROCEDURE 41(a)(1)**
California Corporation; and DOES 1- )
10, collectively, ) Hon. Beverly Reid O'Connell
15              Defendant. )
) Action Filed: July 3, 2014
16 ─────────────────────────

17

18    **PLEASE TAKE NOTICE** that Plaintiff JAT WHEELS, INC. ("Plaintiff"),

19 pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses

20 all claims in this action *without prejudice* as to Defendants TRADE UNION

21 INTERNATIONAL, INC., and DOES 1-10 (collectively, "Defendants").

22    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23    **(a) Voluntary Dismissal.**

24        *(1) By the Plaintiff.*

25

*(A) Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: November 13, 2014          **YANG & WANG, P.C.**
                                  BY:
                                  /s/ Tommy SF Wang
                                  _____
                                  Tommy SF Wang
                                  Yang & Wang P.C.

                                  Attorneys for Plaintiff
                                  JAT WHEELS, INC.

NOTICE OF VOLUNTARY DISMISSAL
2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

TRADE UNION INTERNATIONAL, INC.
2819 CRYSTAL RIDGE ROAD
DIAMOND BAR CA 91765

_____
Elizabeth Yang